

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/23/2009

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-40410-H1-13 |
| | § | |
| PAMELA Y. PERRY | § | Doc. #111 |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

### ORDER REGARDING TRUSTEE'S MOTION TO VACATE ORDER APPROVING DEPOSIT OF FUNDS INTO THE COURT REGISTRY DATED MAY 22, 2008

CAME ON FOR CONSIDERATION the Trustee's Motion to Vacate Order Approving Deposit of Funds into the Court Registry, and it appearing that good grounds exist therefore, it is hereby GRANTED.

IT IS ORDERED that the Order Regarding Trustee's Motion to Vacate Order Approving Deposit of Funds into the Court Registry Dated May 22, 2008, at Docket Number 99, is vacated.

April 23, 2009
Date

UNITED STATES BANKRUPTCY JUDGE